

**Appeal Ordered Withdrawn and Opinion issued April 26, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-00-00497-CR
### No. 05-00-00498-CR
### No. 05-00-00499-CR

---

**BENJAMIN DOUGLAS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MB98-38071, MB98-56842 & MB98-56843**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-00-00498-CR   Date Filed: 03/28/2000

Style: Douglas, Benjamin
v.
The State of Texas

Trial Judge:          Barker, Phil
Trial Court Reporter:          Phillips, Trisha
Trial Court:          COUNTY CRIMINAL COURT NO 6  Trial County:          DALLAS

---

STA   William T. (Bill) Hill, Jr.
ATT 009669000
ATTN: APPELLATE SECTION
Frank Crowley Courts Bldg., 10th FL
133 N. Industrial Blvd. LB 19
Dallas, TX 75207
Phone 214/653-3845
Fax

BENJAMIN DOUGLAS
BN #00002818
500 COMMERCE STREET
DALLAS  TX 75202